```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

MAYRA M. DIAZ,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

-----------------------------------------------------------------X

18-CV-08643 (JGK)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/2019

**SARAH NETBURN, United States Magistrate Judge:**

The parties are ORDERED to meet and confer as to whether they consent to proceed before a Magistrate Judge for all purposes, pursuant to 28 U.S.C. § 636(c). By no later than January 6, 2020, the parties shall either file a signed consent form or file a letter stating that both parties do not consent. The letter should not indicate which party does not consent.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    December 20, 2019
               New York, New York