**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MAYRA DIAZ,

                         Plaintiff,                    18 **CIVIL** 8643 (SN)

           -against-                           **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                             Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated April 8, 2020, Diaz's motion for judgment on the pleadings is granted; The Commissioner's denial of benefits is vacated, and remanded, to the Commissioner for proper analysis in line with the treating physician rule; The Commissioner's cross-motion for judgment on the pleading is denied; Plaintiff's motion for pro bono counsel is also denied.

**Dated:** New York, New York
         April 8, 2020

                                                   **RUBY J. KRAJICK**
                                                   _____
                                                       **Clerk of Court**
                          **BY:**
                                                    _____
                                                     **Deputy Clerk**